UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD C. LINNA, | ) No. ED CV 05-00118-VBK |
| Plaintiff, | ) MEMORANDUM OPINION, AND ORDER THEREON |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court for review of the decision by the Commissioner of Social Security denying Plaintiff's application for disability benefits. Pursuant to 28 U.S.C. § 636(c), the parties have consented that the case may be handled by the undersigned. The action arises under 42 U.S.C. § 405(g), which authorizes the Court to enter judgment upon the pleadings and transcript of the record before the Commissioner. The Plaintiff and the defendant have filed their pleadings, the defendant has filed the certified transcript of record, and each party has filed a supporting memorandum. After reviewing the matter, the Court concludes that the decision of the Commissioner must be reversed and remanded for further proceedings.

The principal issue in this case is whether the ALJ erred in determining that Plaintiff did not have a severe mental impairment. The Court concludes that such error was committed. The ALJ considered various records from Plaintiff's treating facility, the Veterans Administration Hospital (VA) (AR 13), and commented that, "The records do not reflect any acute mental health crisis requiring inpatient hospitalization or intensive treatment." (AR 13-14.) That is not, however, the criterion to assess whether a mental impairment is severe. Indeed, the VA records provide consistent evidence of a mental impairment. (AR 340-352, 429-453.) Plaintiff's treating physician, Dr. Tarar, diagnosed bipolar disorder by history, and Post-Traumatic Syndrome Disorder (PTSD) at Axis I. (AR 342.) In this and other progress notes, Plaintiff continually reported symptoms of PTSD. Further, Plaintiff was given a variety of medications, including Paxil, Risperdal, Alprazolam, Welbutrin, and Xanax. (AR 342, 348.) Some of these medications were given on a trial basis, but there is no indication that Plaintiff ever refused compliance. At the same time, the Court disagrees with the Commissioner's argument (see Cross-Motion at 2) that Plaintiff was helped by medication. This clearly does not appear to be the case, at least on a consistent basis.

Further, Plaintiff was diagnosed with depression as early as 1996 or 1997. (AR 433.) Despite all of the continuing courses of medication, Plaintiff was evaluated as suffering from persistent multiple symptoms, including panic attacks and other issues related to PTSD. (AR 441.)

Plaintiff received a psychiatric consultative examination (CE) on October 10, 2002, which the ALJ summarized. (AR 13, 270-273.) The results of this examination, however, cannot be viewed as benign, as

2

the Commissioner urges.  Indeed, with regard to Plaintiff's ability to adapt to work and work-like situations, the psychiatrist assessed slight to moderate limitations with regard to normal workplace stresses and pressures, maintaining concentration and attention, interacting with the public, and completing a normal work week without interruption.  When viewed in light of the scale provided in 20 CFR § 404.15(a)(d)(1), it is certainly feasible that even on that scale, Plaintiff's mental impairment could be considered severe.  Moreover, it appears to the Court that inadequate attention has been paid to Plaintiff's well-documented PTSD.  On remand, this issue should be explored, and an additional consultative examination obtained, if necessary.  Finally, it would be prudent to attempt to develop the records from Plaintiff's treating facility, the VA.

Based on the foregoing, Plaintiff's motion for summary judgment is granted to the extent it requests remand for a new administrative hearing, and denied to the extent it requests an award of benefits; the Commissioner's cross-motion for summary judgment is denied, and the matter will be remanded for further proceedings consistent with this Memorandum Opinion.

IT IS SO ORDERED.

DATED: September 29, 2005

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE